**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East-7th Floor
Brooklyn, NY 11201

June 11, 2017

**BY ECF**
Honorable Frederic Block
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  *Jane Doe, Individually and as Parent of Baby Doe v. Merck & Co., Inc., et al.,*
            Civ. No. 16-CV-4005 (FB) (RLM) (E.D.N.Y.)

Dear Judge Block:

This Office represents defendants United States of America, United States Health and Human Services ("HHS"), HHS Secretary Thomas Price, and Acting Commissioner of the Food and Drug Administration Steven Ostroff (the "Federal Defendants"). This letter is submitted on behalf of all parties to advise the Court of an agreed-upon change to the schedule for dispositive briefing:

- Defendant Merck & Co., Inc. ("Merck") and the Federal Defendants shall serve their respective motions pursuant to Rule 12 or, in the alternative, Rule 56, by July 19, 2017;
- Plaintiff shall serve her opposition thereto, and her cross-motion pursuant to Rule 56 against all defendants, by September 18, 2017;
- Defendant Merck and the Federal Defendants shall serve their respective replies as to their above-referenced motions, and their respective oppositions to plaintiff's cross-motion, by November 16, 2017; and
- Plaintiff shall serve her reply as to her cross-motion by December 18, 2017.

                                          Respectfully submitted,

                                          BRIDGET M. ROHDE
                                          Acting United States Attorney

                      By:    /s/ Layaliza Soloveichik
                               LAYALIZA SOLOVEICHIK
                               Assistant United States Attorney
                               (718) 254-6298
                               layaliza.soloveichik@usdoj.gov

cc:    Juliana G. MacPherson, Esq. (By ECF & US Mail)
        Patricia Finn, Esq.(By ECF & US Mail)
        Matthew T. McLaughlin, Esq. (By ECF & US Mail)
        Adam Gordon Possidente, Esq. (By ECF & US Mail)
        Dino Santo Sangiamo, Esq.  (By ECF & US Mail)
        Ralph Tyler, Esq. (By ECF & US Mail)